WILLIAM HAIM v. PHILIP RICHMAN and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

In the Matter of PATRICK J. McGRATH.— Motion denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BRICE W. McDOWELL v. GLENS FALLS INSURANCE COMPANY.— Motion granted, without costs.    Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

LOUIS M. BOOKBINDER v. PELTRIES PUBLISHING COMPANY, INC.— Motion granted, without costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of G. ARNOLD MOSES, an Attorney.— Reference ordered to Hon. John W. Goff, official referee.    Order to be settled on notice.    Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

---

# SECOND DEPARTMENT, NOVEMBER, 1919.

WILLIAM H. KINSELLA, Respondent, v. JACOB BERMAN and IDA BERMAN, Appellants.— Appeal from an order of the Supreme Court, entered in the Kings county clerk's office May 5, 1919.    Order affirmed, with costs.    No opinion.    Mills, Rich and Kelly, JJ., concurred.    Blackmar, J.: I dissent. I consider the principle well established that in the case of a contract for the sale of real property the assignee of the vendee cannot maintain an action for specific performance against the vendor unless there is a novation, which does not exist in this case.    Jaycox, J., concurred with Blackmar, J.

In the Matter of the Application of THOMAS DILLON AUSTIN for Admission to the Bar.— Application granted.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

A. D. GRANGER COMPANY, Respondent, v. THE UNIVERSAL MACHINERY CORPORATION, LTD., Appellant.— Motion for reargument upon the question whether defendant waived the defense that the first fifty machines did not comply with the contract granted, and case set down for Tuesday, December 2, 1919.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

CHARLES A. CARNES, Appellant, v. EUGENE SMITH, Respondent.— Motion granted, with ten dollars costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

RAFFAELE CASCONE & COMPANY, INC., Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Motion denied.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

REGINA CRESCENT, Appellant, v. KATE FLOOD and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal, place the case on the calendar for Friday, November 21, 1919, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.    Motion to vacate stay denied, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.